**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

PRESLEY PHILLIPS NOEL — PLAINTIFF

v. — NO. 3:26-cv-00288-JM

SONIA HAGOOD, et al. — DEFENDANTS

# ORDER

The Clerk of the Court is directed to randomly reassign this case to another district judge because Luther Sutter appears on my recusal list.

IT IS SO ORDERED this 16th day of October, 2026.

JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE